UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA           :

     v.           :           CASE NO.   8:04-Cr-254-T-23 MSS

    :

KENNETH BREWER           :

18 U.S.C.  § 2422(b)
18 U.S.C.  § 2423(b)

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court,
Middle District of Florida
By:_____
Deputy Clerk

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

From on or about April 19, 2004, through on or about April 30, 2004, in

Hillsborough County, in the Middle District of Florida, and elsewhere, the defendant,

**KENNETH BREWER,**

did knowingly persuade, induce, entice and coerce, and did attempt to persuade,

induce, entice and coerce, an individual under eighteen years of age to engage in a

sexual act for which any person can be charged with a criminal offense, by using a

facility and means of interstate commerce, that is, a computer, with access to the

Internet.

In violation of Title 18, United States Code, Section 2422(b).

**COUNT TWO**

On or about April 30, 2004, in Hillsborough County, in the Middle District of

Florida, and elsewhere, the defendant,

**KENNETH BREWER,**

did knowingly and intentionally travel in interstate commerce from South Carolina to

Florida, for the purpose of engaging in any sexual act, as defined in Title 18, United

)                                    )

States Code, Section 2246, with a person under eighteen years of age, that would be in violation of chapter 109A.

In violation of Title 18, United States Code, Section 2423(b).

## FORFEITURES

(A) The allegations contained in Count One and Two, of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

(B) From his engagement in violations alleged in Count One and Two, of this Indictment, the defendant, **KENNETH BREWER**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of his interest in:

(A)     Any visual depiction described in Title 18, United States Code, Section 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Sections 2251 through 2258;

(B)     Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

(C)     Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to:

(1)     the computer and associated software and hardware seized pursuant to a consent search conducted at defendant's residence on or about May 3, 2004; and

(2)     one 2001 blue two-door Honda Civic with VIN: 1HGEM22931L096533

2

If any of the property described above as being subject to forfeiture, as a

result of any act or omission of the defendant:

(A)   cannot be located upon the exercise of due diligence;

(B)   has been transferred or sold to, or deposited with, a third person;

(C)   has been placed beyond the jurisdiction of the Court;

(D)   has been substantially diminished in value; or

(E)   has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code,

Section 2253(o), to seek forfeiture of any other property of said defendant up to the

value of the above forfeitable property.

In violation of Title 18, United States Code, Section 2253.

A TRUE Bill

Redacted

FOREPERSON


PAUL I. PEREZ
United States Attorney

By:

JEFFREY S. DOWNING
Assistant United States Attorney

By:

ROBERT T. MONK
Assistant United States Attorney
Deputy Chief, General Crimes Section

I certify the foregoing to be a true
and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By:
Deputy Clerk

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

KENNETH BREWER

## INDICTMENT

Violations:

18:2422(b)
18:2423(b)

A true bill,

*[signature]*

Foreperson

Filed in open court this 27th day

of May, A.D. 2004.

_____

Clerk

Bail $ _____

N:\Governing\Brewer\C_indictment_back.wpd

GPO 863 525