Prob 12C
(Rev. 2/09)

# UNITED STATES DISTRICT COURT

for

### District of South Carolina

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Kenneth Brewer        **Case Number:** 6:09CR01030-001

**Name of Sentencing Judicial Officer:** The Honorable Steven D. Merryday, United States District Judge

**Date of Original Sentence:**   January 25, 2005, Middle District of Florida

**Original Offense:** (Count 1) Use of a Facility of Interstate Commerce to Attempt to Entice a Minor to Engage in Sexual Activity; (Count 2) Travel with Intent to Engage in Illicit Sexual Conduct

**Original Sentence:** 60 months custody of the Bureau of Prison, both terms to run concurrently; 3 years supervised release, both terms to run concurrently.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** December 24, 2008

**Assistant U.S. Attorney:** Jeffrey S. Downing        **Defense Attorney:** Alec F. Hall

**Previous Court Action/Notification(s):** Jurisdiction of this case was transferred from the Middle District of Florida to the District of South Carolina on September 1, 2009

---

### PETITIONING THE COURT

[✓]    To issue a warrant

[ ]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

*Violation Number*    *Nature of Noncompliance*

1        *Violation of special conditions:* The defendant viewed child pornography via the internet on June 22, 2009.

Prob 12C
(Rev. 2/09)

PAGE 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 21, 2009___

*David M. Creech*
David M. Creech
U.S. Probation Officer

Reviewed and Approved By:

*Eric D. Sullivan*
Eric D. Sullivan
Supervising U.S. Probation Officer